IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN LAMAR FRAZIER,

    Plaintiff,                       No. CIV S-05-0774 MCE JFM P

    vs.

SPENCER ROWELL, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On April 6, 2006, plaintiff filed a motion for default judgment against defendant Spencer Rowell.  Default has not been entered against defendant Rowell in this action, and on April 20, 2006, defendant Rowell filed an answer to the complaint. Accordingly, good cause appearing, IT IS HEREBY ORDERED that plaintiff's April 6, 2006 motion for default judgment is denied.

DATED: May 17, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

12;fraz0774.def

1