IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN LAMAR FRAZIER,

    Plaintiff,                    No. CIV S-05-0774 MCE JFM P

    vs.

SPENCER ROWELL, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve a response to defendant's reply brief filed in support of defendant's October 20, 2006 motion for summary judgment. Neither the Federal Rules of Civil Procedures nor the Local Rules of this Court provide for a response to a reply brief.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's December 18, 2006 request for an extension of time is denied.

DATED: January 3, 2007.

                                        UNITED STATES MAGISTRATE JUDGE

12
fraz0774.36d