IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN LAMAR FRAZIER,

    Plaintiff,               No. CIV S-05-0774 MCE JFM P

    vs.

SPENCER ROWELL, et al.,

    Defendants.          <u>ORDER</u>

                             /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. In view of the pendency of defendants' October 20, 2006 motion for summary judgment, and good cause appearing, IT IS HEREBY ORDERED that:

        1. The parties are relieved of the obligation to file pretrial statements until further order of court;

        2. The pretrial conference on the papers set for February 9, 2007 before the undersigned is vacated;

        3. The jury trial set for May 2, 2007 before the Honorable Morrison C. England is vacated; and

/////

4. Said dates will be reset, as appropriate, following resolution of defendants' motion for summary judgment.

DATED: February 5, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

001;
fraz0774.vacdts