IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN LAMAR FRAZIER,  No. 2:05-cv-0774-MCE-JFM-P

    Plaintiff,

    v.  ORDER

SPENCER ROWELL, et al.,

    Defendants.

_____/

    On October 30, 2006, the Magistrate Judge issued an order denying plaintiff's August 9, 2006 request to amend complaint. On November 30, 2006, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's motion for reconsideration of the magistrate judge's order of October 30, 2006 is therefore untimely.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's November 30, 2006 motion for reconsideration is denied.

Dated: February 16, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE