IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR FRAZIER, | No. 2:05-cv-00774-MCE-JFM-P |
| Plaintiff, | |
| v. | ORDER |
| SPENCER ROWELL, et al., | |
| Defendants. | |
| _____ / | |

On March 9, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed February 22, 2007, denying plaintiff's October 12, 2006 and February 2, 2007 motions. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed February 22, 2007, is affirmed.

Dated: June 4, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE