**LAPLANTE, SPINELLI, DONALD & NOTT**
*a professional corporation*
815 S Street, Second Floor
Sacramento, California 95811
TELEPHONE (916) 448-7888 - FAX (916) 448-6888

*John M. Laplante, Esq., SBN: 88941*
***ATTORNEYS FOR DEFENDANT***
Attorneys for Defendant,
SPENCER ROWELL

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR FRAZIER, | CASE NO.  CIV. S-05-0774 MCE JFM P |
| Plaintiff, | **ORDER GRANTING DEFENDANT SPENCER ROWELL'S REQUEST FOR EXTENSION OF TIME TO COMPLY WITH COURT ORDER** |
| vs. | |
| SPENCER ROWELL, et al., | |
| Defendants. | |

Pursuant to defendant Spencer Rowell's Request, served and filed August 21, 2007, for an extension of time up to September 14, 2007 to comply with the Court's August 15, 2007 order, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant Spencer Rowell's request for an extension of time, up to and including September 14, 2007, is granted.

DATED: August 23, 2007.

UNITED STATES MAGISTRATE JUDGE

/fraz0774.ext