UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR FRAZIER,<br><br>    Plaintiff,<br><br>  v.<br><br>SPENCER ROWELL,<br><br>    Defendant.<br>_____/ | No. 2:05-cv-00774-MCE-JFM<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Pursuant to the representations of the attorney for Defendant, the Court has determined that this case is settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before October 29, 2007.

Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

IT IS SO ORDERED.

Dated: October 3, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE