**LAPLANTE, SPINELLI, DONALD & NOTT**
*a professional corporation*
815 S Street, Second Floor
Sacramento, California 95811
TELEPHONE (916) 448-7888 - FAX (916) 448-6888

*John M. Laplante, Esq., SBN: 88941*
***ATTORNEYS FOR DEFENDANT***
Attorneys for Defendant,
SPENCER ROWELL

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR FRAZIER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SPENCER ROWELL, et al.,<br><br>　　　　Defendants. | CASE NO.  2:05-cv-00774-MCE-JFM-P<br><br>**STIPULATION OF DISMISSAL OF ENTIRE CASE;**<br>**ORDER THEREON**<br>(FRCP 41)<br><br>Pretrial Conf.:　　None<br>Trial Date:　　　None |

TO THE COURT AND ALL PARTIES:

　　Pursuant to the out-of-court settlement reached by and among the parties in this matter and pursuant to Federal Rules of Civil Procedure, Rule 41, and Local Rule 16-160, the parties hereby stipulate that the court dismiss forthwith, without prejudice, this action in this entirety.

DATED: October  16 , 2007

　　　　　　　　　　　　　　　　　　　　/s/ Kevin L. Frazier
　　　　　　　　　　　　　　　　　　　　KEVIN FRAZIER, Plaintiff pro-se

///
///
///
///

1

STIPULATION OF DISMISSAL OF ENTIRE ACTION;
ORDER THEREON

DATED: October 22 , 2007

                      LAPLANTE, SPINELLI, DONALD & NOTT

      By:   /s/ John M. Laplante
            JOHN M. LAPLANTE
            Attorney for Defendant SPENCER ROWELL

## ORDER

IT IS HEREBY ORDERED that this case be and hereby is dismissed, without prejudice, in its entirety.

Dated: October 24, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL OF ENTIRE ACTION;
ORDER THEREON